**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MICHAEL PRYOR**                                                                 **PLAINTIFF**

**vs.**                                                    **Civil Action No.: 3:25-cv-237-RPC-JMV**

**NATHAN GREGORY**                                                          **DEFENDANT**

## FINAL JUDGMENT

For the reasons articulated in the Court's Memorandum Opinion and Order issued this

day, all claims are hereby DISMISSED *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 30th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE